UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
    ALFRED L. MADEIRA          :      CASE NO. 1:09-bk-02819
                                    :
    Debtor-in-Possession        :      CHAPTER 11
                                    :

## AMENDMENT

Debtor-in-Possession hereby amends his bankruptcy petition as follows:

1.)     Schedule A

| Address | Joint | FMV | Secured Claim |
|---|---|---|---|
| 3348 Shinnecock Drive<br>Chambersburg, PA 17202 | J | $700,000.00 | $450,000.00 |

2.)     Schedule E

| Creditor Name | Amount of Claim |
|---|---|
| Chambersburg Wage Tax Board | -0- |
| Internal Revenue Service | $72,000.00 |
| Pennsylvania Department of Revenue | -0- |

3.)     Schedule D

| Creditor Name | Claim Type | Amount |
|---|---|---|
| John and Bernadette Kennedy | Mortgage given on<br>1124 Kennebec Drive<br>Chambersburg, PA | $699,950.00 |

4.) Schedule F

| Creditor Name/Address | Claim Type | Amount |
|---|---|---|
| David E. Ricker<br>325 Eastern Drive<br>Harrisburg, PA 17111 | Outstanding Balance | $600,000.00 |
| Neil Barr<br>405 Lisburn Heights Drive<br>Lewisberry, PA 17339 | Outstanding Balance | $225,000.00 |

5.) Schedule F

Delete Alfred Madeira claim for $950,000.00.

6.) Schedule F

Modify amount of claim for Everett Vocature to $40,000.00.

7.) Schedule F

Modify amount of claim for Michael Starr to $690,000.00.

8.) Schedule F

Modify address for James Green to:
2832 Fairview Road
Camp Hill, PA 17011

9.) Schedule F

Modify address for Randy Wagner to:
1855 Mansion Lane
Mt. Joy, PA 17552

Case 1:09-bk-02819-MDF    Doc 36    Filed 07/01/09    Entered 07/01/09 16:02:41    Desc
Main Document      Page 2 of 3

Respectfully submitted,

LAW OFFICES OF CRAIG DIEHL

Date: <u>July 1, 2009</u>     By:     <u>/s/ Craig A. Diehl</u>
Craig A. Diehl, Esquire
Attorney I.D. No. 52801
3464 Trindle Road
Camp Hill, PA 17011
Tel: (717) 763-7613
Fax: (717) 763-8293
Attorney for Alfred M. Madeira