# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALFRED L. MADEIRA | : | CASE NO. 1:09-bk-02819 |
| | : | |
| Debtor-in-Possession | : | CHAPTER 11 |
| | : | |

## AMENDMENT TO PETITION

Debtor-in-Possession hereby amends his bankruptcy schedules to include assets inadvertantly omitted from the original filing due to the emergency nature of the filing as follows:

Schedule B

| | | | |
|---|---|---|---|
| 1. | Coins<br>Silver Bars, 9 Krugerrands,<br>2 Pandas, 8 Buffalo proofs,<br>Gold Coins, 1 Eagle,<br>7 Buffalos, 1 Platinum | J | $78,000.00 |
| 2. | Painting<br>Original Chamberlin Painting | J | $25,000.00 |
| 3. | Jewelry | J | $35,000.00 |
| 4. | Note Receivable owed by<br>Vince Hall | J | $200,000.00 |
| 5. | Stock<br>Simply Fit Holdings Group, Inc. | H | $75,000.00 |

Schedule C

| | | | |
|---|---|---|---|
| 1. | Coins | 11 USC §522(b)(3)(B) | $78,000.00 |
| 2. | Painting | 11 USC §522(b)(3)(B) | $25,000.00 |
| 3. | Jewelry | 11 USC §522(b)(3)(B) | $35,000.00 |
| 4. | Note Receivable | 11 USC §522(b)(3)(B) | $200,000.00 |

Respectfully submitted,

LAW OFFICES OF CRAIG DIEHL

Date: September 25, 2009    By:   /s/ Craig A. Diehl
Craig A. Diehl, Esquire
Attorney I.D. No. 52801
3464 Trindle Road
Camp Hill, PA 17011
Tel: (717) 763-7613
Fax: (717) 763-8293
Attorney for Alfred M. Madeira